# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

DZ Bank AG Deutsche Zentral−Genossenschaftsbank,
Frankfurt AM Main, New York Branch

Plaintiff,

v.

Case No.: 1:09−cv−07077

Honorable Wayne R. Andersen

Tracy Givens

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 22, 2010:

MINUTE entry before Honorable Wayne R. Andersen:Plaintiffs motion for default judgment as to Tracy Givens [12] is granted. Judgment is entered in favor of the plaintiff and against the defendant in the total amount of $174,159.23. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.