**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, NEW YORK BRANCH, | ) ) ) ) | Case No.09-7077 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TRACY GIVENS, | ) ) | |
| Defendant. | ) | |

## ALIAS RULE TO SHOW CAUSE

This matter coming to be heard on Plaintiff's Citation to Discover Assets previously before the Honorable Judge Wayne Andersen, the Court being fully advised in the premises and having jurisdiction over the subject matter;

IT IS HEREBY ORDERED that the Oral Motion to issue an Alias Rule to Show Cause against Tracy Givens is granted;

IT IS FURTHER ORDERED that Tracy Givens shall appear personally in Room 2541 of the Everett McKinley Dirksen United States Courthouse, located at 219 S. Dearborn St., Chicago, Illinois, 60604 on September 14, 2010 at 9:00 a.m. to show cause why she should not be held in civil contempt of court for her failure to appear on June 24, 2010 to answer and respond to a Citation to Discover Assets served upon her as provided by law;

IT IS FURTHER ORDERED that Tracy Givens shall make payment to DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt AM Main, New York Branch costs related to the Citation to Discover Assets;

IT IS FURTHER ORDERED that Judgment Debtor shall then and there produce all books, papers, or records set forth in the Citation to Discover Assets;

IT IS FURTHER ORDERED that Judgment Debtor be personally served a copy of this Order.

## **NOTICE**

FAILURE TO APPEAR AS ORDERED BY THE COURT MAY RESULT IN A FINDING OF CONTEMPT AND COURT ORDER FOR YOUR ARREST.

ENTER:

*James F. Holderman*
_____
JAMES F. HOLDERMAN
Chief Judge, United States District Court

Date: August 17, 2010